IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ISLAM YASER-AB SAID,<br>Institutional ID No. 06597-509<br><br>Plaintiff,<br><br>v.<br><br>DR. FNU MORENO, *et al.*,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:23-CV-00038-BU |

## **JUDGMENT**

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff's Complaint, and all claims alleged therein, are DISMISSED with prejudice under 28 U.S.C. §§ 1915, 1915A for failure to state a claim on which relief may be granted and as frivolous.

ENTERED this 15h day of August 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE